JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASTAPP, INC., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., et al., <br><br> Defendants. | Case No. SACV 22-308-GW-JDEx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 20, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE